

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RAGLAN GEORGE, JR., PAMELA MINKOFF,
VICTORIA MITCHELL, CHRIS MONROE,
CARYN MORGAN, and ESTA STEIN, as
Trustees of the District Council
1707 Health and Benefit Fund, and
THE DISTRICT COUNCIL 1707 HEALTH
AND BENEFIT FUND,

               Plaintiffs,

     v.                         10 Civ. 1762 (DAB)
                                ADOPTION OF REPORT
ECDO, INC., EARLY CHILDHOOD      AND RECOMMENDATION
DEVELOPMENT CENTER,

               Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    This matter is before the Court upon the July 30, 2012 Report and Recommendation of United States Magistrate Judge James C. Francis IV ("Report"). Judge Francis's Report recommends that the Court enter judgment against Defendant ECDO and in favor of Plaintiffs in the amount of $150,417.39 for unpaid contributions, interest, and statutory damages, $13,755.00 for attorneys' fees, $460.00 for costs, and $3,055.00 for auditing fees, for a total of $167,687.39. (Report at 8.)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings

and recommendations..." 28 U.S.C. § 636(b)(1)(C); see also Fed. R. Civ. P. 72(b)(2). The district court may adopt those portions of the report to which no timely objection has been made, so long as there is no clear error on the face of the record. See 28 U.S.C. § 636(b)(1)(A); Wilds v. United Parcel Serv., Inc., 262 F.Supp.2d 163, 169 (S.D.N.Y. 2003). To date, no objections to Judge Francis's Report and Recommendation have been filed.

Having reviewed the Report and Recommendation and finding no clear error on the face of the record, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Report and Recommendation of United States Magistrate Judge James C. Francis IV dated July 30, 2012 be and the same hereby is APPROVED, ADOPTED, and RATIFIED by the Court in its entirety;

2. Pursuant to Magistrate Judge Francis's recommendation, the Clerk of the Court is directed to enter judgment against ECDO and in favor of Plaintiffs in the amount of $150,417.39 for unpaid contributions, interest, and statutory damages, $13,755.00 for attorneys' fees, $460.00 for costs, and $3,055.00 for auditing fees, for a total of $167,687.39. Plaintiffs are entitled to

postjudgment interest under 28 U.S.C. § 1961 on all sums awarded; and

    3.    The Clerk of the Court is directed to close the docket in this case.

SO ORDERED.

DATED:    New York, New York
            _____

*/s/ Deborah A. Batts* 9/4/12

DEBORAH A. BATTS

United States District Judge